AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-105-SLS |
| ELON MUSK ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                .

Date:   03/20/2025

/s/ Melissa Armstrong
*Attorney's signature*

Melissa Armstrong - Texas Bar 24050234
*Printed name and bar number*

Securities and Exchange Commission
100 F St., N.E.
Washington, D.C. 20549
*Address*

armstrongme@sec.gov
*E-mail address*

(202) 551-4724
*Telephone number*

*FAX number*