## Return of Service

**UNITED STATES DISTRICT COURT**
**District of Columbia**

Securities and Exchange Commission
  Plaintiff

Case Number: 25-cv-105-SLS

vs.

Elon Musk
  Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Elon Musk at 52448-54298 Boca Chica Blvd, Brownsville, TX 78521.

I, Geraldo Chavez, being duly sworn, depose and say that on March 14, 2025 at or about 1:25 PM I served Summons in a Civil; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Civil Cover Sheet; Instructions for Attorneys Completing Civil Cover Sheet Form JS 44 personally to John Doe as security guard / person found in charge at Starbase, 52448-54298 Boca Chica Blvd, Brownsville, TX 78521, being of suitable position and discretion to accept service in the absence of Elon Musk. Upon information and belief, Starbase, 52448-54298 Boca Chica Blvd, Brownsville, TX 78521 is the usual place of business, employment, or residence of Elon Musk. Service completed in the aforementioned manner at the instruction of counsel.

**Additional Details About Service:**

Upon arrival, I stepped one foot past the gate, but security told me to step back and that I was trespassing. I then spoke to three different security guards who refused to accept. I placed the documents on the ground then a security guard started taking pictures of me and my car as I departed.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____    03/17/25
Geraldo Chavez    Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-138305
Reference: 25-ENF-056