UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

ELON MUSK,

          Defendant.

Case No. 25-cv-105-SLS

**JOINT MOTION TO SET DATE BY WHICH DEFENDANT SHALL ANSWER OR OTHERWISE RESPOND**

    Plaintiff Securities and Exchange Commission and Defendant Elon Musk jointly move the Court to enter the attached proposed order setting June 6, 2025, as the date by which Musk shall answer or otherwise respond to the SEC's complaint. In support of this motion, the parties state:

1. On January 14, 2025, the SEC filed its complaint in this matter. *See* ECF 1. On March 20, 2025, the SEC filed a return of service. *See* ECF 7. Musk contests the validity of this service.

2. The parties have conferred and agreed that in lieu of further dispute on this issue, Musk will waive service of the complaint but will have until June 6, 2025, to answer or otherwise respond to the complaint.

    The parties respectfully submit that this compromise is reasonable and will conserve judicial resources. This is the first motion filed by either party relating to the date by which Musk shall answer or otherwise respond to the complaint.

Dated: March 31, 2025

                        Respectfully submitted,

                        /s/ Melissa Armstrong
                        Melissa J. Armstrong
                        Securities and Exchange Commission

100 F Street, N.E.
Washington, D.C. 20549
Tel: 202.551.4724
Email: armstrongme@sec.gov

Respectfully submitted,

/s/ Alex Spiro
Alex Spiro (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com