UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ELON MUSK,

    Defendant.

Case No. 25-cv-105-SLS

**[PROPOSED] ORDER GRANTING JOINT MOTION TO SET DATE BY WHICH DEFENDANT SHALL ANSWER OR OTHERWISE RESPOND**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Set Date by Which Defendant Shall Answer or Otherwise Respond ("Motion"). The Court being fully advised, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant, having waived service of the complaint in this matter, shall answer or otherwise respond to Plaintiff's Complaint on or before June 6, 2025.

DONE AND ORDERED in chambers in the District of Columbia on this ____ day of _____, 2025.

_____
HON. SPARKLE L. SOOKNANAN
UNITED STATES DISTRICT JUDGE

1

**APPENDIX OF PERSONS TO BE SERVED PURSUANT TO LCvR 7(k)**

Melissa Armstrong
Securities and Exchange Commission
100 F Street NE
Phone: (202) 551-4724
Email: armstrongme@sec.gov

Alex Spiro (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue, 9th Floor
New York, New York 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com