UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br>v.<br><br>ELON MUSK,<br><br>                                    Defendant. | Case No. 25-cv-105-SLS |

NOTICE OF WITHDRAWAL OF COUNSEL
FOR SECURITIES AND EXCHANGE COMMISSION

Please take notice that, pursuant to Local Rule 83.6(b), Robin Andrews hereby withdraws as counsel of record for Plaintiff Securities and Exchange Commission. No trial date has been set, and Melissa Armstrong will continue to represent the SEC.

Dated: April 4, 2025

                                          Respectfully submitted,

                                        /s/ Robin Andrews
                                        Robin Andrews
                                        Securities and Exchange Commission
                                        44 Montgomery Street, Suite 700
                                        San Francisco, CA 94104
                                        Tel: 415.705.2486
                                        Email: andrewsr@sec.gov