**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> v.<br><br>ELON MUSK<br><br>      Defendant. | Case No. 25-cv-00105-SLS |

**JOINT MOTION TO RE-SET DATE BY WHICH DEFENDANT SHALL**
**ANSWER OR OTHERWISE RESPOND**

  Plaintiff Securities and Exchange Commission and Defendant Elon Musk jointly move the Court to enter the attached proposed order setting July 18, 2025, as the date by which Mr. Musk shall answer or otherwise respond to the SEC's Complaint.  On April 1, 2025, this Court granted the parties' joint motion to set June 6, 2025, as the date by which Mr. Musk shall answer or otherwise respond to the SEC's Complaint.  The parties have further conferred and have agreed that Defendant will have until July 18, 2025, to answer or otherwise respond to the Complaint.

  The parties respectfully submit that this request for an extension is reasonable and in the interest of conserving judicial resources.

Dated: June 5, 2025                                            Respectfully submitted,

/s/ Melissa Armstrong                                          /s/ Alex Spiro
Melissa J. Armstrong                                           Alex Spiro (*pro hac vice* forthcoming)
Securities and Exchange Commission                             Quinn Emanuel Urquhart & Sullivan LLP
100 F Street, NE                                               295 5th Avenue, 9th Floor
Washington, DC 20549                                           New York, NY 10016
(202) 551-4724                                                 (212) 849-7000
armstrongme@sec.gov                                            alexspiro@quinnemanuel.com

                                                                                     Sarah Heaton Concannon
                                                                                     Rachel G. Frank
                                                                                     Quinn Emanuel Urquhart & Sullivan LLP
                                                                                     1300 I Street NW, 9th Floor
                                                                                     Washington, DC 20005
                                                                                     (202) 538-8000
                                                                                     sarahconcannon@quinnemanuel.com
                                                                                     rachelfrank@quinnemanuel.com