# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 25-cv-00105-SLS |
| v. | |
| ELON MUSK | |
| Defendant. | |

## JOINT MOTION TO RE-SET DATE BY WHICH DEFENDANT SHALL ANSWER OR OTHERWISE RESPOND

Plaintiff Securities and Exchange Commission and Defendant Elon Musk jointly move the Court to enter the attached proposed order setting August 29, 2025, as the date by which Mr. Musk shall answer or otherwise respond to the SEC's Complaint. On April 1, 2025, this Court granted the parties' joint motion to set June 6, 2025 as the date by which Mr. Musk shall answer or otherwise respond to the SEC's Complaint. On June 6, 2025, this Court granted the parties' joint motion to extend the date by which Mr. Musk shall answer or otherwise respond to the SEC's Complaint to July 18, 2025. The parties have further conferred and have agreed that Defendant will have until August 29, 2025, to answer or otherwise respond to the Complaint.

The parties respectfully submit that this request for an extension is reasonable and in the interest of conserving judicial resources.

Dated: July 17, 2025                                              Respectfully submitted,


/s/ *Melissa Armstrong*_____                /s/ *Alex Spiro*_____
Melissa J. Armstrong                              Alex Spiro (*pro hac vice* forthcoming)
Securities and Exchange Commission                Quinn Emanuel Urquhart & Sullivan LLP
100 F Street, NE                                  295 5th Avenue, 9th Floor
Washington, DC 20549                              New York, NY 10016
(202) 551-4724                                    (212) 849-7000
armstrongme@sec.gov                               alexspiro@quinnemanuel.com

                                                  Sarah Heaton Concannon
                                                  Rachel G. Frank
                                                  Quinn Emanuel Urquhart & Sullivan LLP
                                                  1300 I Street NW, 9th Floor
                                                  Washington, DC 20005
                                                  (202) 538-8000
                                                  sarahconcannon@quinnemanuel.com
                                                  rachelfrank@quinnemanuel.com