AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-105-SLS |
| Elon Musk | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elon Musk                                                                                                   .

Date: 08/28/2025

*Attorney's signature*

Sarah Heaton Concannon (D.C. Bar No. 1780045)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
*Address*

sarahconcannon@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*