## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>ELON MUSK<br><br>                              Defendant. | Case No. 25-cv-00105-SLS |

### NOTICE OF DEFENDANT'S MOTION TO TRANSFER

Defendant Elon Musk respectfully requests transfer of this action to the United States District Court for the Western District of Texas or, in the alternative, to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a).  As set out in the accompanying memorandum of points and authorities, this District has little to no connection with this lawsuit and the Western District of Texas, where the defendant and key percipient witnesses reside and the overwhelming majority of the relevant events occurred, is a far-better suited forum to adjudicate the Securities and Exchange Commission's ("SEC") claims against Mr. Musk. Defendant accordingly respectfully requests that this Court grant this motion and enter an order transferring this action to the United States District Court for the Western District of Texas, or, in the alternative, to the United States District Court for the Southern District of New York, where a related private putative securities class action is pending.  A proposed order is attached.

Pursuant to Local Rule 7(m), counsel for the parties discussed this motion on July 15, 2025, and counsel for Plaintiff the SEC stated that Plaintiff would oppose this motion.

Pursuant to Local Rule 7(f), defendant respectfully requests an oral hearing on this motion.

Dated:  August 28, 2025

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sarah Heaton Concannon (D.C. Bar No. 1780045)
Rachel G. Frank (D.C. Bar No. 1659649)
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com

Alex Spiro (*pro hac vice* pending)
295 5th Ave, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

*Attorneys for Elon Musk*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August 2025, a copy of the foregoing document was filed electronically with the Clerk of this Court.  Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

_____
Sarah Heaton Concannon
