UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br> v.<br><br>ELON MUSK<br><br>       Defendant. | Case No. 25-cv-00105-SLS |

**DECLARATION OF JARED BIRCHALL
IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**

I, Jared Birchall, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Managing Director of Excession, LLC, Elon Musk's family office, which is based in Austin, Texas. In addition to my responsibilities as Managing Director of Excession, I am involved in several of Mr. Musk's other companies, including The Boring Company (headquartered in Bastrop, Texas), Neuralink Corp. (headquartered in Fremont, California), and X.AI Corp. (headquartered in Palo Alto, California). Mr. Musk is also the Chief Executive Officer of X Corp. (headquartered in Bastrop, Texas), Space Exploration Technologies, Corp. ("SpaceX") (headquartered in Starbase, Texas), and Tesla, Inc. (headquartered in Austin, Texas). Each of Mr. Musk's companies is headquartered in and/or has a significant presence in Texas.

2. I respectfully submit this declaration in support of Defendant's motion to transfer venue in the above-captioned action. I make this declaration based on my personal knowledge. If called and sworn as a witness, I could and would testify competently as to the facts set forth in this declaration.

3. My work covers numerous facets of Mr. Musk's life and businesses, including but not limited to his business ventures, philanthropy, political work, and personal and legal matters.

1

I have meetings with Mr. Musk on an at least weekly basis. These meetings are held in person in Austin, Texas, whenever possible. I also speak with Mr. Musk on various other matters throughout the week, either in person, by phone, or videoconference.

4. Because of my extensive dealings with Mr. Musk across many aspects of his life and businesses, I am knowledgeable about Mr. Musk's whereabouts and his work and travel schedule.

5. Mr. Musk's primary residence has been in Texas since 2020 and in Austin, Texas, since 2022. Between 2020 and present, Mr. Musk has spent nearly 60% of his time in Texas.

6. I have resided in Austin, Texas, since 2020. I travel infrequently and apart from occasional "sprints" where I may travel for a brief period in connection with my business responsibilities, I spend nearly all of my time in Austin, Texas, and conduct my business from there.

7. I am familiar with the allegations made against Mr. Musk in the Complaint filed by the Securities and Exchange Commission ("SEC") in the above-captioned action.

8. Based on my personal knowledge, none of the events alleged in the Complaint occurred in Washington, D.C.

9. Based on my knowledge of Mr. Musk's whereabouts from my close working relationship with Mr. Musk, I estimate that during the time of the events alleged in the Complaint, Mr. Musk spent at least 70% of his time in Texas. Between January 1, 2022 and April 30, 2022, according to public and internal records and to the best of my ability to recall, Mr. Musk did not travel to Washington, D.C., at all.

10. I believe that Mr. Musk and I were both in Austin, Texas, when Mr. Musk directed me to begin making the at-issue purchases of Twitter stock. Mr. Musk did not direct the purchase of any Twitter stock while located in Washington, D.C.

11. During the time of the events alleged in the Complaint, I estimate that I spent over 95% of my time in Austin, Texas. During the relevant period, I did not travel to Washington, D.C., or conduct any business from Washington, D.C. I directed all of the relevant communications with Mr. Musk and the broker dealer who oversaw the purchases of Twitter stock on behalf of Mr. Musk from Austin, Texas.

12. The broker dealer with whom I worked to direct the purchases of Twitter stock for Mr. Musk in 2022 is based in Los Angeles, California. To the best of my knowledge, he was located in Los Angeles, California, when he caused the Twitter stock to be purchased on behalf of Mr. Musk. No one, to my knowledge, purchased any Twitter stock on behalf of Mr. Musk while located in Washington, D.C. Nor, to my knowledge, did anyone communicate concerning anything of relevance to this case while that person was located in Washington, D.C.

13. During the relevant period, Twitter stock was listed on the New York Stock Exchange under the symbol "TWTR." I understand that the New York Stock Exchange is located in New York, New York.

14. The SEC alleges certain communications were made between myself and an unidentified attorney on April 1, 2022. I initiated these communications from my home in Austin, Texas, with an attorney who does not reside in Washington, D.C., is not admitted to the District of Columbia Bar, and who I understand is not affiliated with the Washington, D.C., office of his law firm. This attorney referred me to securities disclosure counsel in Chicago, Illinois, who I ultimately retained.

15. Two relevant securities filings, a Schedule 13G and a Schedule 13D, were made via the SEC's Electronic Data Gathering, Analysis, and Retrieval System ("EDGAR") on April 4 and 5, 2022, respectively. I understand that securities disclosure counsel made these EDGAR filings from Chicago, Illinois, where counsel is located.

16. I executed the Schedules 13G and 13D referenced in the Complaint on behalf of Mr. Musk in Austin, Texas. I was in Austin, Texas, when the filings were submitted via EDGAR on April 4, 2022 and April 5, 2022, respectively.

17. Mr. Musk was traveling abroad in Europe between April 1, 2022 and April 4, 2022, including at the time Mr. Musk authorized me to append his signature to the Schedule 13G filing. Mr. Musk returned to Texas after the Schedule 13G was filed on April 4, 2022, and was in Texas when the Schedule 13D was filed on April 5, 2022.

18. The majority of the evidence and the witnesses relevant to this action are located in Texas. None of the evidence or witnesses concerning this case is located in Washington, D.C.

19. On April 22, 2025, during Tesla's First Quarter Earnings Call, Mr. Musk announced that he was stepping away from his role at the Department of Governmental Efficiency ("DOGE") following the expiration of his time as a special government employee. The White House has confirmed Mr. Musk's departure and confirmed that Mr. Musk's offboarding from DOGE began on May 28, 2025. On June 4, 2025, Russell Vought of the Office of Management and Budget confirmed that efforts are underway to establish new leadership at DOGE.

20. To the best of my knowledge, Mr. Musk rarely travels to Washington, D.C., since he stepped down from his role at DOGE and instead spends most of his time in Texas.

21. Traveling to Washington, D.C., for this litigation would be very burdensome for me. My work and my family are centered in Texas. I work over 80 hours a week in my capacity

as Managing Director of Excession and in my other roles on behalf of Mr. Musk and his companies. I do not regularly travel to Washington, D.C., for business or personal matters. Traveling to Washington, D.C., for this litigation would interfere greatly with my responsibilities to Mr. Musk and his businesses.

22.     Traveling to Washington, D.C., for this litigation would be even more burdensome for Mr. Musk. Mr. Musk is an extremely busy individual. Mr. Musk is the CEO of Tesla, Inc. and also holds executive positions at X Corp., The Boring Company, Neuralink Corp., SpaceX, and X.AI Corp. Mr. Musk often sleeps in the office or factory and works over 80-hour weeks. Mr. Musk leads cutting edge projects, such as space missions, autonomous cars, brain-computer interfaces, artificial intelligence development, and more. Mr. Musk's presence is especially needed in Texas in order for him to be present at mission-critical SpaceX launches. Traveling to Washington, D.C., for this litigation could interfere with Mr. Musk's many responsibilities at his numerous companies, creating a risk of detrimentally impacting investors in these companies.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Austin, Texas, on August 26, 2025.

By: _____
Jared Birchall