UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>ELON MUSK<br><br>      Defendant. | Case No. 25-cv-00105-SLS |

**[PROPOSED] ORDER**

Having fully considered Defendant's motion to transfer venue and the briefing thereto:

It is hereby **ORDERED** that Defendant's motion to transfer venue is **GRANTED** and it is **FURTHER ORDERED** that the above-captioned action be transferred to the United States District Court for the Western District of Texas.

Date: _____    _____
                      HON. SPARKLE L. SOOKNANAN
                      U.S. DISTRICT JUDGE

The following attorneys are entitled to be notified of this order:

Melissa J. Armstrong
Zach Avallone
Securities and Exchange Commission
100 F Street NE, Room 1520
Washington, DC 20549
(202) 551-4724
armstrongme@sec.gov
avallonez@sec.gov

Alex Spiro
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com