UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>ELON MUSK,<br><br>　　　　　　　　　　*Defendant*. | Case No. 25-cv-000105-SLS |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("SEC") moves for summary judgment on its claim that Defendant Elon Musk violated Section 13(d) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 13d-1 thereunder. Compl. ¶¶ 47–49, ECF No. 1.

As set forth in the accompanying Memorandum of Points and Authorities, Statement of Undisputed Material Facts, Declaration of James Becker, and related exhibits, "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

Dated: August 29, 2025                          Respectfully submitted,

By: /s/ Zachary A. Avallone

Melissa J. Armstrong (Texas Bar No. 24050234)
    Tel. No. 202.551.4724
    Email: armstrongm@sec.gov
Zachary A. Avallone (DC Bar No. 1023361)
    Tel. No. 202.551.4479
    Email: avallonez@sec.gov

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

*Counsel for Plaintiff*
*Securities and Exchange Commission*