UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         *Plaintiff*,<br><br>v.<br><br>ELON MUSK,<br><br>         *Defendant*. | Case No. 25-cv-000105-SLS |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Pursuant to LCvR 7(h), Plaintiff Securities and Exchange Commission ("SEC") submits this Statement of Undisputed Material Facts ("Undisputed Facts") in support of its Motion for Summary Judgment.

**I.   Venue**

1. Securities and Exchange Commission headquarters and principal place of business is located at 100 F Street NE, Washington, DC 20549. Declaration of James Becker ¶ 1 ("Becker Decl.").

**II.   Section 13(d) of the Exchange Act Applies to Twitter Common Stock**

2. From at least January 31, 2022, through April 15, 2022, shares of Common Stock issued by Twitter, Inc. ("Twitter") were registered pursuant to Section 12(b) of the Securities and Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78l(b)]. 2/16/2022 Twitter Form 10-K (identifying Twitter, Inc.'s Common Stock as "Securities registered pursuant to Section 12(b) of the Act")

1

(submitted as Becker Decl. Ex. 3 and available at

https://www.sec.gov/Archives/edgar/data/1418091/000141809122000029/twtr-20211231.htm) [1]; 4/5/2022 Twitter Form 8-K (same) (submitted as Becker Decl. Ex. 4 and available at

https://www.sec.gov/Archives/edgar/data/1418091/000119312522095651/d342257d8k.htm); 4/11/2022 Twitter Form 8-K/A (same) (submitted as Becker Decl. Ex. 5 and available at

https://www.sec.gov/Archives/edgar/data/1418091/000119312522101041/d315205d8ka.htm); 4/18/2022 Twitter Form 8-K (same) (submitted as Becker Decl. Ex. 6 and available at

https://www.sec.gov/Archives/edgar/data/1418091/000119312522107462/d296740d8k.htm).

3.  From at least January 31, 2022, through April 15, 2022, each share of Twitter common stock was entitled to one vote. Becker Decl. Ex. 3 (at page 90, Note 14 "Common Stock and Stockholders' Equity").

## III.  Musk Beneficially Owned More than Five Percent of Twitter Stock

4.  Starting from at least January 31, 2022, Musk began to purchase shares of Twitter common stock on the open market. 4/5/2022 Schedule 13D (Item 3; Schedule I) (submitted as Becker Decl. Ex. 2 and available at

---

[1] The Court "may take judicial notice of the full contents of the SEC's filings." *See In re Morgan Stanley Info. Fund Sec. Litig.*, 592 F.3d 347, 355 n.5 (2d Cir. 2010).

https://www.sec.gov/Archives/edgar/data/1418091/000110465922042863/tm2211757d1_sc13d.htm).

5.  Musk purchased Twitter common stock through a trust named the Elon Musk Revocable Trust dated July 22, 2003 ("Elon Musk Revocable Trust"). 4/4/2022 Schedule 13G (Item 4) (submitted as Becker Decl. Ex. 1 and available at https://www.sec.gov/Archives/edgar/data/1418091/000110465922041911/tm2211482d1_sc13g.htm); Becker Decl. Ex. 2 (Item 5).

6.  Elon Musk was the sole Trustee of the Elon Musk Revocable Trust. Becker Decl. Ex. 1 (Item 4); Becker Decl. Ex. 2 (Item 5).

7.  Musk had sole dispositive power over the shares of Twitter common stock held by the Elon Musk Revocable Trust. Becker Decl. Ex. 1 (Table row 7); Becker Decl. Ex. 2 (Table row 9).

8.  Musk had sole voting power over the shares held by the Elon Musk Revocable Trust. Becker Decl. Ex. 1 (Table row 5); Becker Decl. Ex. 2 (Table row 7).

9.  By March 14, 2022, Defendant Elon Musk was the beneficial owner of at least five percent of outstanding shares of Twitter common stock. *See* Becker Decl. Ex. 1, ("Date of Event which Requires Filing of this Statement"); Becker Decl. Ex. 2 (Table); Answer to Am. Compl, ¶ 137 *Oklahoma Firefighters Pension and Retirement System v. Musk*, 1:22-cv-03026-ALC-GWG, ECF No. 128 (S.D.N.Y.) ("admit[ting] the allegations in the first, second, and third sentences of Paragraph 137").

10. Prior to April 4, 2022, Defendant Musk did not make any filings pursuant to Exchange Act Section 13 related to his beneficial ownership Twitter common stock. Becker Decl. ¶¶ 13–15.

**IV.  April 4, 2022 Schedule 13G (Exhibit 1)**

11. On April 4, 2022, Defendant Elon Musk filed with the SEC a Schedule 13G. Becker Declaration Exhibit 1 is a true and accurate copy of Musk's Schedule 13G dated April 4, 2022 ("Schedule 13G"). Becker Decl. ¶ 12.

12. When Defendant Musk signed the Schedule 13G, he confirmed, "After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete, and correct." Becker Decl. Ex. 1.

13. Musk's Schedule 13G identified March 14, 2022, as the "Date of Event which Requires Filing of this Statement." Becker Decl. Ex. 1.

14. Elon Musk Revocable Trust held the Twitter common stock described in Musk's Schedule 13G. Becker Decl. Ex. 1.

15. In his Schedule 13G, Musk certified that he had sole voting power over the shares held by the Elon Musk Revocable Trust. Becker Decl. Ex. 1 (Table row 5; Item 4(c)).

16. In his Schedule 13G, Musk certified that he had sole dispositive power over the shares held by the Elon Musk Revocable Trust. Ex. 1 (Table row 7; Item 4(c)).

17. In his Schedule 13G dated April 4, 2022, Musk certified that he was

the beneficial owner of shares of Twitter common stock held by the Elon Musk Revocable Trust dated July 22, 2003. Becker Decl. Ex. 1 (Item 2; Item 4).

**V.      April 5, 2022 Schedule 13D (Exhibit 2)**

18.     On April 5, 2022, Defendant Elon Musk filed a Schedule 13D with the SEC, purportedly as an amendment to the Schedule 13G he filed the previous day. Becker Declaration Exhibit 2 is a true and accurate copy of Musk's Schedule 13D dated April 5, 2022 ("Schedule 13D"). Becker Decl. ¶ 12.

19.     When Musk signed the Schedule 13D dated April 5, 2022, he confirmed, "After reasonable inquiry and to the best of my knowledge and belief, I certify that the information set forth in this statement is true, complete, and correct." Becker Decl. Ex. 2.

20.     In his Schedule 13D, Musk certified that he was the beneficial owner of 73,115,038 shares of common stock issued by Twitter, Inc. as of that date. Becker Decl. Ex. 2 (Table row 11).

21.     Elon Musk Revocable Trust held the Twitter common stock described in the Schedule 13D. Becker Decl. Ex. 2 (Item 5).

22.     In his Schedule 13D, Musk certified that he had sole voting power over the shares held by the Elon Musk Revocable. Becker Decl. Ex. 2 (Table row 7).

23.     In his Schedule 13D, Musk certified that he had sole dispositive power over the shares held by the Elon Musk Revocable Trust. Becker Decl. Ex. 2 (Table row 9).

24. In his Schedule 13D, Musk certified that he beneficially owned 9.1% of Twitter's outstanding common stock. Becker Decl. Ex. 2 (Table row 13 and footnote).

25. Musk's Schedule 13D calculated the percentage of Twitter common stock owned by Defendant Musk "[b]ased on 800,641,166 shares of Common Stock outstanding as of February 10, 2022 as reported in the Issuer's Annual Report on Form 10-K for the year ended December 31, 2021." Becker Decl. Ex. 2 (Table row 13 and footnote).

26. The number of shares of Twitter, Inc.'s common stock outstanding as of February 10, 2022 was 800,641,166. Becker Decl. Ex. 2; Becker Decl. Ex. 4.

27. Schedule I, attached to Musk's Schedule 13D, includes a table that "lists all transactions completed by the Reporting Person" which is Elon Musk, "in [Twitter's] Common Stock since January 31, 2022, which were all completed through open market purchases." Becker Decl. Ex. 2 (Schedule I).

This is an accurate copy of that table:

| Date | Shares bought | Price |
|---|---|---|
| 1/31/2022 | 620,083 | $36.828 |
| 2/1/2022 | 542,496 | $37.549 |
| 2/2/2022 | 850,373 | $36.748 |
| 2/3/2022 | 3,649,957 | $34.391 |
| 2/4/2022 | 1,070,429 | $36.184 |
| 2/7/2022 | 4,839,507 | $36.515 |
| 2/8/2022 | 730,000 | $35.733 |
| 2/9/2022 | 638,283 | $36.886 |
| 2/10/2022 | 2,604,907 | $36.642 |
| 2/11/2022 | 1,291,432 | $36.523 |
| 2/14/2022 | 958,849 | $35.920 |
| 2/15/2022 | 371,075 | $36.511 |
| 2/16/2022 | 655,000 | $35.814 |

| Date | Shares | Price |
|---|---|---|
| 2/17/2022 | 731,581 | $35.891 |
| 2/18/2022 | 1,331,040 | $34.506 |
| 2/22/2022 | 1,256,751 | $33.231 |
| 2/23/2022 | 1,063,170 | $32.806 |
| 2/24/2022 | 838,793 | $33.765 |
| 2/25/2022 | 695,849 | $34.784 |
| 2/28/2022 | 1,025,518 | $35.320 |
| 3/1/2022 | 897,656 | $35.326 |
| 3/2/2022 | 992,785 | $34.575 |
| 3/3/2022 | 1,211,426 | $33.971 |
| 3/4/2022 | 1,016,259 | $33.376 |
| 3/7/2022 | 1,779,530 | $33.067 |
| 3/8/2022 | 2,228,858 | $33.769 |
| 3/9/2022 | 1,005,125 | $34.154 |
| 3/10/2022 | 1,228,833 | $33.932 |
| 3/11/2022 | 2,927,000 | $33.238 |
| 3/14/2022 | 2,770,284 | $33.082 |
| 3/15/2022 | 1,966,000 | $33.791 |
| 3/16/2022 | 2,978,376 | $34.992 |
| 3/17/2022 | 1,500,000 | $37.089 |
| 3/18/2022 | 2,858,340 | $38.252 |
| 3/21/2022 | 1,942,482 | $37.280 |
| 3/22/2022 | 2,476,000 | $38.542 |
| 3/23/2022 | 2,502,140 | $38.149 |
| 3/24/2022 | 1,926,764 | $38.675 |
| 3/25/2022 | 3,491,274 | $38.202 |
| 3/28/2022 | 2,603,779 | $38.772 |
| 3/29/2022 | 2,875,934 | $40.301 |
| 3/31/2022 | 2,000,000 | $38.818 |
| 4/1/2022 | 2,171,100 | $39.341 |

28.   Based on the information submitted in Schedule I attached to Musk's Schedule 13D, the following table shows the total shares Twitter common stock that Musk purchased or were purchased on his behalf from January 31, 2022 through April 2, 2022. The table also shows the percentage of the total shares of outstanding Twitter stock that had been purchased by Musk or on his behalf as of each date within that period.

| Date | Shares bought | Price | Total Shares* | Percentage** |
|---|---:|---|---:|---:|
| 1/31/2022 | 620,083 | $36.828 | 620,083 | 0.077% |
| 2/1/2022 | 542,496 | $37.549 | 1,162,579 | 0.145% |
| 2/2/2022 | 850,373 | $36.748 | 2,012,952 | 0.251% |
| 2/3/2022 | 3,649,957 | $34.391 | 5,662,909 | 0.707% |
| 2/4/2022 | 1,070,429 | $36.184 | 6,733,338 | 0.841% |
| 2/7/2022 | 4,839,507 | $36.515 | 11,572,845 | 1.445% |
| 2/8/2022 | 730,000 | $35.733 | 12,302,845 | 1.537% |
| 2/9/2022 | 638,283 | $36.886 | 12,941,128 | 1.616% |
| 2/10/2022 | 2,604,907 | $36.642 | 15,546,035 | 1.942% |
| 2/11/2022 | 1,291,432 | $36.523 | 16,837,467 | 2.103% |
| 2/14/2022 | 958,849 | $35.920 | 17,796,316 | 2.223% |
| 2/15/2022 | 371,075 | $36.511 | 18,167,391 | 2.269% |
| 2/16/2022 | 655,000 | $35.814 | 18,822,391 | 2.351% |
| 2/17/2022 | 731,581 | $35.891 | 19,553,972 | 2.442% |
| 2/18/2022 | 1,331,040 | $34.506 | 20,885,012 | 2.609% |
| 2/22/2022 | 1,256,751 | $33.231 | 22,141,763 | 2.766% |
| 2/23/2022 | 1,063,170 | $32.806 | 23,204,933 | 2.898% |
| 2/24/2022 | 838,793 | $33.765 | 24,043,726 | 3.003% |
| 2/25/2022 | 695,849 | $34.784 | 24,739,575 | 3.090% |
| 2/28/2022 | 1,025,518 | $35.320 | 25,765,093 | 3.218% |
| 3/1/2022 | 897,656 | $35.326 | 26,662,749 | 3.330% |
| 3/2/2022 | 992,785 | $34.575 | 27,655,534 | 3.454% |
| 3/3/2022 | 1,211,426 | $33.971 | 28,866,960 | 3.605% |
| 3/4/2022 | 1,016,259 | $33.376 | 29,883,219 | 3.732% |
| 3/7/2022 | 1,779,530 | $33.067 | 31,662,749 | 3.955% |
| 3/8/2022 | 2,228,858 | $33.769 | 33,891,607 | 4.233% |
| 3/9/2022 | 1,005,125 | $34.154 | 34,896,732 | 4.359% |
| 3/10/2022 | 1,228,833 | $33.932 | 36,125,565 | 4.512% |
| 3/11/2022 | 2,927,000 | $33.238 | 39,052,565 | 4.878% |
| 3/14/2022 | 2,770,284 | $33.082 | 41,822,849 | 5.224% |
| 3/15/2022 | 1,966,000 | $33.791 | 43,788,849 | 5.469% |
| 3/16/2022 | 2,978,376 | $34.992 | 46,767,225 | 5.841% |
| 3/17/2022 | 1,500,000 | $37.089 | 48,267,225 | 6.029% |
| 3/18/2022 | 2,858,340 | $38.252 | 51,125,565 | 6.386% |
| 3/21/2022 | 1,942,482 | $37.280 | 53,068,047 | 6.628% |
| 3/22/2022 | 2,476,000 | $38.542 | 55,544,047 | 6.937% |
| 3/23/2022 | 2,502,140 | $38.149 | 58,046,187 | 7.250% |
| 3/24/2022 | 1,926,764 | $38.675 | 59,972,951 | 7.491% |
| 3/25/2022 | 3,491,274 | $38.202 | 63,464,225 | 7.927% |
| 3/28/2022 | 2,603,779 | $38.772 | 66,068,004 | 8.252% |
| 3/29/2022 | 2,875,934 | $40.301 | 68,943,938 | 8.611% |
| 3/31/2022 | 2,000,000 | $38.818 | 70,943,938 | 8.861% |
| 4/1/2022 | 2,171,100 | $39.341 | 73,115,038 | 9.132% |

\*  Total shares column reflects running total of "shares bought"
\*\* Percentage column calculated based on 800,641,166 shares of Twitter common stock outstanding as of February 10, 2022, as reported in Twitter's Annual Report on Form 10-K for the year ended December 31, 2021.

29. By March 14, 2022, Defendant Musk was the beneficial owner of at least 5.2% of outstanding shares of Twitter stock calculated based on 800,641,166 shares of Twitter common stock outstanding as of February 10, 2022, as reported in Twitter's Annual Report on Form 10-K for the year ended December 31, 2021. *See* Becker Decl. Ex. 2 (Schedule I); Answer to Am. Compl, ¶ 137 *Okla. Firefighters*, 1:22-cv-03026-ALC-GWG, ECF No. 128 (S.D.N.Y.) ("admit[ting] the allegations in the first, second, and third sentences of Paragraph 137").

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully submitted, |
| | By: /s/ Zachary A. Avallone |
| | Melissa J. Armstrong (Texas Bar No. 24050234)<br>    Tel. No. 202.551.4724<br>    Email: armstrongm@sec.gov<br>Zachary A. Avallone (DC Bar No. 1023361)<br>    Tel. No. 202.551.4479<br>    Email: avallonez@sec.gov |
| | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, D.C. 20549 |
| | *Counsel for Plaintiff*<br>    *Securities and Exchange Commission* |