**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> *Plaintiff*, <br><br> v. <br><br> ELON MUSK, <br><br> *Defendant*. | Case No. 25-cv-000105-SLS |

**DECLARATION OF JAMES BECKER IN SUPPORT OF
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

I, James Becker, declare as follows:

1.  I am employed as an Assistant Director in the EDGAR Business Office at the United States Securities and Exchange Commission (the "SEC"), with its principal place of business located at 100 F Street, N.E., Washington DC 20549, USA.

2.  My duties include technical support and management of the SEC's Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR"). As such, I have personal knowledge of the facts in this declaration.

3.  Filings made on the EDGAR system are among the ordinary electronic records kept by the SEC and are recorded in the usual and ordinary course of business of the SEC.

4.  I have personal knowledge of the maintenance, custody and control of EDGAR records. I make this Declaration based upon, among other things, my review of the EDGAR

database and the filings located within that database.

5. Each EDGAR filer has its own EDGAR account on which the filer makes its filings.

6. Each EDGAR account is identified by a unique number known as a Central Index Key or CIK.

7. Elon Musk's EDGAR account is CIK 0001494730.

8. Twitter, Inc.'s EDGAR account is CIK 0001418091.

9. Schedule 13G, Schedule 13D, Form 10-K, Form 8-K, and Form 8-K/A, are filed with the SEC on EDGAR, and are accepted by, maintained in, and available through the public EDGAR database.

10. I reviewed the records listed in the table below that are attached as Exhibits 1 through 6 to this declaration.

11. The attached Exhibits 1 through 6 are duplicate copies of original records in the custody of EDGAR.

12. Exhibits 1 through 6, attached and listed in the table below, are true and correct copies of documents that are contained on the SEC's public EDGAR database, filed either on the EDGAR account of Elon Musk, CIK0001494730, or Twitter, Inc., CIK 0001418091, as indicated in the table below, and filed on the dates indicated in the table below:

| Exhibit No. | CIK | Filer Name | Form Type | Filing Date |
|---|---|---|---|---|
| Exhibit No. 1 | CIK 0001494730 | Elon Musk | SC 13G | 4/4/2022 |
| Exhibit No. 2 | CIK 0001494730 | Elon Musk | SC 13D | 4/5/2022 |
| Exhibit No. 3 | CIK 0001418091 | Twitter, Inc. | 10-K | 2/16/2022 |

| Exhibit No. 4 | CIK 0001418091 | Twitter, Inc. | 8-K | 4/5/2022 |
| Exhibit No. 5 | CIK 0001418091 | Twitter, Inc. | 8-K/A | 4/11/2022 |
| Exhibit No. 6 | CIK 0001418091 | Twitter, Inc. | 8-K | 4/18/2022 |

13.  I conducted a query for any filings on the EDGAR account of Elon Musk, CIK 0001494730, made during the time period March 14, 2022 to April 5, 2022.

14.  Based on my review of the EDGAR database, April 4, 2022 was the first date during the time period March 14, 2022 to April 5, 2022 that a Schedule 13G or Schedule 13D was filed on the EDGAR account of Elon Musk, CIK 0001494730.

15.  No filings were made on the EDGAR account of Elon Musk, CIK 0001494730, during the time period March 14, 2022 to April 3, 2022.

Pursuant to 28 U.S.C. Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2025 in Washington, D.C.

James Becker
Assistant Director
EDGAR Business Office
U.S. Securities and Exchange Commission