# Exhibit 5



U.S. SECURITIES AND EXCHANGE COMMISSION

# PDF Copy of Submission on SEC EDGAR system

This PDF document is a copy of the following submission on the SEC's EDGAR system:

**Submission/Form** 8-K/A
**Filed** 2022-04-11
**Accession number** 0001193125-22-101041
**Submitted on EDGAR account of** TWITTER, INC., CIK 0001418091

This copy was generated on 2025-08-20.

The submission itself is available on SEC's public EDGAR database at: https://www.sec.gov/Archives/edgar/data/0001418091/000119312522101041/0001193125-22-101041-index.html.

Additional submission information is available on SEC.gov, including but not limited to whether any additional reporting entities are associated with the submission.

SEC

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 8-K/A
(Amendment No. 1)

**CURRENT REPORT**
Pursuant to Section 13 or 15(d)
of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported):
**April 4, 2022**

# Twitter, Inc.
(Exact name of registrant as specified in its charter)

| Delaware | 001-36164 | 20-8913779 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1355 Market Street, Suite 900**
**San Francisco, California 94103**
(Address of principal executive offices, including zip code)

**(415) 222-9670**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.000005 per share | TWTR | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (17 CFR §230.405) or Rule 12b-2 of the Securities Exchange Act of 1934 (17 CFR §240.12b-2).

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

**Item 5.02.  Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

(d) Election of Directors

Pursuant to the April 4, 2022 letter agreement, Elon Musk was invited to serve on the board of directors (the "Board") of Twitter, Inc. (the "Company"). On April 9, 2022, Mr. Musk informed the Company that he is not joining the Board.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**TWITTER, INC.**

By: /s/ Ned Segal
Ned Segal
Chief Financial Officer

Date: April 11, 2022