**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    *Plaintiff*,<br><br>v.<br><br>ELON MUSK,<br><br>                    *Defendant*. | Case No. 25-cv-000105-SLS |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S**
**MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Plaintiff Securities and Exchange Commission ("SEC") moved pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment as to liability on its claim that Defendant Elon Musk violated Section 13(d) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 13d-1 thereunder. The Court finds that "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

This Court has jurisdiction over this claim and venue is proper. There is no genuine dispute that during the relevant time period, shares of Twitter, Inc.'s ("Twitter") common stock were voting-class equity securities registered with the SEC pursuant to Section 12 of the Exchange Act. There is also no genuine dispute that by March 14, 2022, Musk had acquired beneficial ownership of more than five percent of the outstanding shares of Twitter common stock. Under Section 13(d) of

the Exchange Act and the Rule 13d-1 thereunder that was in effect during the relevant time, Musk was required to file a statement with the information required by Schedule 13D (or if eligible, Schedule 13G) within ten days—or by March 24, 2022. There is no genuine dispute that Musk did not make the required filing by the deadline and thus violated Section 13(d) of the Exchange Act and Rule 13d-1 thereunder.

For these reasons, the Court GRANTS the SEC's motion, GRANTS summary judgment as to liability and FINDS that Defendant Elon Musk violated Section 13(d) of the Exchange Act and Rule 13d-1 thereunder. The Court will set a schedule for remedies briefing and further proceedings by separate order.

Dated: _____  _____
SPARKLE L. SOOKNANAN
UNITED STATES DISTRICT JUDGE

**APPENDIX OF PERSONS TO BE SERVED PURSUANT TO LCvR 7(k)**

Melissa J. Armstrong
Zachary A. Avallone
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202.551.4479 (Avallone)
avallonez@sec.gov
202.551.4724 (Armstrong)
armstrongm@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*


Alex Spiro
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Counsel for Defendant Elon Musk*