UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br>    v.<br>ELON MUSK<br><br>                            Defendant. | Case No. 25-cv-00105-SLS |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON
MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") and Defendant Elon Musk ("Defendant" or "Musk") jointly move the Court to enter the attached proposed order whereby the Court would first decide Defendant's Motion to Transfer [ECF No. 15] and then within two business days, the parties would submit a joint proposed briefing schedule on Defendant's Motion to Strike and to Dismiss [ECF No. 16] and Plaintiff's Motion for Summary Judgment as to Liability [ECF. No. 18].

WHEREAS, under Local Civil Rules 7(b) and 7(d), the Plaintiff's opposition to Defendant's Motion to Transfer [ECF No. 15] is currently due on September 11, 2025 (fourteen days from the date that Defendant filed his motion), and Defendant's reply is due on September 18, 2025 (seven days thereafter);

WHEREAS, under Local Civil Rules 7(b) and 7(d), Plaintiff's opposition to Defendant's Motion to Strike and Dismiss [ECF No. 16] is currently due on September 11, 2025 (fourteen days from the date that Defendant filed his motion), and Defendant's reply is due on September 18, 2025 (seven days thereafter);

WHEREAS, under Local Civil Rules 7(b) and 7(d), Defendant's opposition to the Plaintiff SEC's Motion for Summary Judgment as to Liability [ECF No. 18] is currently due on September 12, 2025 (fourteen days from the date that Plaintiff filed its motion), and Plaintiff's reply is due on September 19, 2025 (seven days thereafter);

WHEREAS, it is in the interest of judicial economy and established precedent for this Court to issue a decision and order on Defendant's Motion to Transfer [ECF No. 15] before reaching the merits of Defendant's Motion to Strike and Dismiss [ECF No. 16] and Plaintiff's Motion for Summary Judgment as to Liability [ECF No. 18], *see e.g.*, *Clark v. United States*, 2010 WL 11545325, at *2 (D.D.C. Feb. 15, 2010) (deciding motion to transfer before reaching merits motion); *Hafstad v. Hornick*, 1987 WL 10871, at *3 (D.D.C. May 6, 1987) ("[I]t is fitting to leave all decisions on the merits to a [transferee] court, rather than to tie that court's hands with substantive decisions made in this jurisdiction."); Stipulation and Min. Order, *SEC v. RPM Int'l, Inc.*, 16-cv-1803 (D.D.C. Oct. 11, 2016) (granting stipulation to stay deadline to answer or move to dismiss "until 30 days from the date the Court rules on Defendants' Motion to Transfer").

The parties therefore move this Court to enter the attached proposed order providing that within two (2) business days of this Court's order on Defendant's Motion to Transfer [ECF No. 15], the parties will submit to the appropriate court a proposed joint briefing schedule on Defendant's Motion to Strike and Dismiss and Plaintiff's Motion for Summary Judgment as to Liability.

Dated: September 3, 2025

Respectfully submitted,

 /s/     Zachary Avallone
Melissa J. Armstrong
Zachary Avallone
Securities and Exchange Commission
100 F Street NE, Room 1520
Washington, DC 20549
(202) 551-4724
armstrongme@sec.gov
avallonez@sec.gov

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com

Alex Spiro (*pro hac vice* pending)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com