UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>ELON MUSK,<br><br>*Defendant*. | Civil Action No. 25 - 105 (SLS)<br><br>Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 22, the Court **DENIES** the Defendant's Motion to Transfer, ECF No. 15.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   October 2, 2025