UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>ELON MUSK<br><br>         Defendant. | Case No. 25-cv-00105-SLS |

**DEFENDANT'S UNOPPOSED MOTION TO RESET DATES BY WHICH
DEFENDANT SHALL OPPOSE SUMMARY JUDGMENT AND
PLAINTIFF SHALL REPLY**

Defendant Elon Musk ("Defendant" or "Mr. Musk") moves the Court to enter the attached proposed order setting February 4, 2026 as the date by which Mr. Musk shall file his opposition to Plaintiff's Motion for Summary Judgment as to Liability [ECF. No. 18], and February 18, 2026 as the date by which Plaintiff shall file its reply. Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") does not oppose this motion.

WHEREAS, Plaintiff and Mr. Musk jointly moved the Court [ECF No. 19] to enter an order whereby the Court would first decide Defendant's Motion to Transfer [ECF No. 15] and then within two business days, the parties would submit a joint proposed briefing schedule on Defendant's Motion to Strike and to Dismiss [ECF No. 16] and Plaintiff's Motion for Summary Judgment as to Liability [ECF. No. 18];

WHEREAS, the Court issued a minute order denying the parties' joint motion [ECF No. 19] and stayed "all deadlines regarding the Defendant's 16 Motion to Strike and Dismiss and the Plaintiff's 18 Motion for Summary Judgment until further order of this Court;"

1

WHEREAS, the Court ordered "Plaintiff to respond to the Defendant's 16 Motion to Strike and Dismiss within 18 days of the end of the lapse of appropriations. The Defendant will file any reply within 7 days of the Plaintiff's response. The deadlines regarding the Plaintiff's 18 Motion for Summary Judgment will remain stayed until further order of this Court;"

WHEREAS, the Court ordered "Defendant shall file his opposition to the 18 Motion for Summary Judgment by January 14, 2026. The Plaintiff shall file its reply by January 28, 2026;"

WHEREAS, in light of the holidays and pre-existing scheduled vacations and out of office time, Mr. Musk respectfully requests that he will have until February 4, 2026, to oppose Plaintiff's Motion for Summary Judgment as to Liability [ECF. No. 18] and Plaintiff will have until February 18, 2026, to file its reply;

WHEREAS, the Parties have conferred and Plaintiff does not oppose this motion;

Mr. Musk moves this Court to enter the attached proposed order providing that Mr. Musk will have until February 4, 2026, to oppose Plaintiff's Motion for Summary Judgment as to Liability [ECF. No. 18] and Plaintiff will have until February 18, 2026, to file its reply.

| | |
|---|---|
| Dated: December 23, 2025 | Respectfully submitted, |

_____
Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com

Alex Spiro (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com