UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

ELON MUSK

                Defendant.

Case No. 25-cv-00105-SLS

**DECLARATION OF RACHEL G. FRANK
IN SUPPORT OF DEFENDANT ELON MUSK'S OPPOSITION TO
PLAINTIFF SEC'S MOTION FOR SUMMARY JUDGMENT AS TO
LIABILITY**

I, Rachel G. Frank, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP and a member in good standing of the bar of this Court. I am counsel to Defendant Elon Musk in the above-captioned action.

2. I respectfully submit this declaration in support of Defendant's Opposition to Plaintiff SEC's Motion for Summary Judgment as to Liability.

3. I make this statement based on my personal knowledge as counsel of record in this action and my review of documents and materials in this action. If called and sworn as a witness, I could and would testify competently to the facts set forth in this declaration.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from Jared Birchall's testimony before the Securities and Exchange Commission on June 1, 2022.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Elon Musk's testimony before the Securities and Exchange Commission on July 12, 2022.

6. Attached hereto as **Exhibit C** is a true and correct copy of an email from the Morgan

1

Stanley Broker (the "Broker") to Jared Birchall dated February 25, 2022.

7. Attached hereto as **Exhibit D** is a true and correct copy of emails between the Broker and Jared Birchall beginning on March 8, 2022.

8. Attached hereto as **Exhibit E** is a true and correct copy of a text exchange dated March 27, 2022 between the Broker and Jared Birchall.

9. Attached hereto as **Exhibit F** is a true and correct copy of a text exchange dated March 27, 2022 between the Broker and Jared Birchall.

10. Attached hereto as **Exhibit G** is a true and correct copy of a Paul Hastings LLP client alert dated February 6, 2019 entitled "SEC Reporting Obligations Under Section 13 and Section 16 of the Exchange Act" linked in a text sent from Jared Birchall to the Broker on March 27, 2022 (*see* Exhibit F).

11. Attached hereto as **Exhibit H** is a true and correct copy of emails between the Morgan Stanley Broker and Jared Birchall beginning on April 1, 2022.

I declare under penalty of perjury under the laws of the United States of America and the District of Columbia that the foregoing is true and correct to the best of my knowledge.

Executed on this 14 day of January, 2026 in Washington, D.C.

*Rachel G. Frank*
Rachel G. Frank (D.C. Bar No. 1659649)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 13th Ave. NW, Suite 600
Washington, DC 20004
(202) 538-8122
rachelfrank@quinnemanuel.com

*Attorney for Elon Musk*