# EXHIBIT A

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION:


In the Matter of:                )
                                 ) File No. SF-04519-A
CERTAIN PURCHASES, SALES AND     )
DISCLOSURES OF TWITTER SHARES )     COPY


WITNESS:   Jared Birchall
PAGES:     1 through 226
PLACE:     Securities and Exchange Commission
           44 Montgomery Street, Suite 2800
           San Francisco, California 94104
DATE:      Wednesday, June 1, 2022


     The above entitled matter came on for hearing via
Webex, pursuant to notice, at 8:05 a.m.




           Diversified Reporting Services, Inc.
                    (202) 467-9200

```
 1  sir.
 2          Do you swear or affirm to tell the
 3  truth, the whole truth and nothing but the truth?
 4          MR. BIRCHALL:  I do.
 5  Whereupon,
 6               JARED BIRCHALL
 7  was called as a witness and, having been first
 8  duly sworn, was examined and testified as
 9  follows:
10                  EXAMINATION
11          BY MR. ANDREWS:
12      Q    Thank you.  You can -- you can lower
13  your hand.
14          Could you please state and spell your
15  full name for the record, sir.
16      A    Full name meaning, like, including
17  middle name type thing?
18      Q    Correct.
19      A    Okay.  Jared John Birchall. J-A-R-E-D.
20  J-O-H-N.  Last name B, as in boy, I-R-C-H-A-L-L.
21      Q    Thank you.
22          This is an investigation by the United
23  States Securities and Exchange Commission In The
24  Matter Of Certain Purchases, Sales and
25  Disclosures of Twitter Shares, SF-4519, to
```

































Page 69

1   if Mr. Musk is okay with it obviously, then you
2   tell ▮▮▮▮▮▮▮, let's do it, let's cross five
3   percent. I have that right?
4



Page 97



1    ███████████████████████████████

██  ████████████ **if Mr. Musk announced before**

3    **building the position that that might cause the**

4    **price to go up and then the rest of his position**

5    **is going to be bought at higher prices?**

6        A    That was definitely one of the

7    potential outcomes, yes.





Page 102

















\n





Page 415

Case 1:25-cv-00105-SLS    Document 28-4    Filed 01/14/26    Page 35 of 42















Page 461

