# EXHIBIT B

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            ) File No. SF-04519-A
CERTAIN PURCHASES, SALES AND )
DISCLOSURES OF TWITTER SALES )    COPY

WITNESS:  Elon Musk
PAGES:    1 through 184
PLACE:    Securities and Exchange Commission
          44 Montgomery Street, Suite 2800
          San Francisco, California 94104
DATE:     Tuesday, July 12, 2022

   The above-entitled matter came on for hearing via Webex, pursuant to notice, at 10:08 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Page 5

```
 1                  P R O C E E D I N G S
 2              VIDEOGRAPHER:  We are now on the record.  The
 3   time  on the video monitor is 1:08 p.m. Eastern Standard
 4   Time.
 5              MR. ANDREWS:  Thank you.  We are on the record
 6   at 10:08 a.m. Pacific on July 12th, 2022.  This testimony
 7   is being conducted via Webex.  My name is Robin Andrews
 8   attending via Webex.  I have been designated as an
 9   officer of the Commission for purposes of this
10   investigation.
11              Also attending for the SEC via Webex are David
12   Zhou, Melissa Armstrong, and Jim Connor.  Mr. Zhou has
13   also been designated as an officer of the Commission for
14   purposes of this investigation.
15              Witness and counsel are all attending via Webex
16   separately as well.  I'll ask for a roll call in a bit.
17   But first, Mr. Musk, do you consent to taking an oath or
18   affirmation to tell the truth remotely via Webex rather
19   than in person?
20              MR. MUSK:  Yes.
21              MR. ANDREWS:  Please raise your right hand,
22   sir.
23              Do swear or affirm to tell the truth the whole
24   truth and nothing but the truth?
25              MR. MUSK:  I do.
```

1   clarify that for me.
2       A   Yes. I was not thinking about it at the
3   beginning. Only as we started to approach. I think once
4   we got to around maybe sort of 3 1/2, 4 percent and
5   starting to exceed 4 percent, then I was like I think
6   we -- I think we may need to file is what I -- what I
7   said to Jared, and can you just check with Morgan Stanley
8   about that. And like I said, was, as I said earlier,
9   that you only are to report if you're an active investor
10  past the 5 percent point and otherwise it's 10 percent,
11  and that you're -- even if you are an active investor in
12  past 5 percent, that you have some grace period to report
13  and so it wouldn't need to be immediate anyway.
14      Q   Okay. I'm going to kind of do this piece by
15  piece. It sounds like you're saying the first time you
16  had a discussion with Mr. Birchall that there might be
17  some sort of reporting requirement at the 5 percent mark
18  was when you had reached 3 or 4 percent of Twitter. Do I
19  have that right?
20      A   Something like that. I'm not sure of the exact
21  number, but, you know, it was starting to get, you know,
22  close to 5 percent, should we have some filing.
23      Q   And was this a conversation you had in one of
24  those Friday afternoon sessions that you described
25  earlier?

















Page 167

1  ▮ ███████████ ████████████
 ▮ ████████████████████████████
 ▮ ██████████████████████████
 ▮ ▮ ▮
 ▮ ▮ ████████████████
 ▮ ▮ █████████████████████████
 ▮ ██ ████████████████████████
 ▮ █████████████████████████
 ▮ ██████████████
 ▮ ▮ ██████████████████
 ▮ ██████████████████████ ▮ ▮
 ▮ ▮ █████████████████████████
 ▮ ▮ █████████ █████ █████████
 ▮ ███████ █████ █████████████
 ▮ █████████ █████ ████████████
 ▮ █████████████ ████████████
 ▮ █████████████
 ▮ ▮ █████████ ▮ ████████████████
 ▮ ██████████████████████████
 ▮ █████████████████████████
 ▮ █████████████
 ▮ ▮ ██████ generally has power of
24  attorney to do things. ████████████
 ▮ █████████████████████████





