# EXHIBIT E



Confidential

ERM-Oklahoma0001497