# EXHIBIT F



Confidential
ERM-Oklahoma0000319