# EXHIBIT H

Message

| | |
|---|---|
| **From:** | ██████████████ @morganstanleypwm.com] |
| **Sent:** | 4/2/2022 1:23:06 PM |
| **To:** | Jared Birchall ██████████████ |
| **Subject:** | Re: Follow up |

Hi Jared - I paraphrase the language but the thought came up on an internal call with the GC yesterday ███████

As I shared in our conversation, it's not a specialty of the GC. Also I/we can't give legal advice (recall those days?...) so you will want to confirm or have final guidance - as you have been getting - from your outside counsel.

Thanks.

██████████, Managing Director
Private Wealth Advisor, ██████████████
Morgan Stanley Private Wealth Management
444 S. Flower Street, 34th Floor Los Angeles, CA 90071


██████@morganstanleypwm.com
          | LinkedIn | Twitter
Named to Barron's "Top 100 Financial Advisors" list, April 2021
Named to Forbes "Best-in-State Wealth Advisors" list, February 2021
Morgan Stanley Awards Disclosures

DISCLAIMERS: Morgan Stanley Smith Barney LLC, its affiliates, Financial Advisors or Private Wealth Advisors do not provide tax or legal advice. Clients should consult their tax advisor for matters involving taxation and tax planning and their attorney for matters involving trust and estate planning and other legal matters.
Any attorney, accountant or other professional recommendations are suggestions provided to the client at their specific request and they should conduct their own interviews and make their own decisions regarding whom to engage.

**From:** "Jared Birchall" ██████████████
**Date:** Friday, April 1, 2022 at 10:36:10 PM
**To:** ██████████ (PWM)" ██████████ @morganstanleypwm.com>
**Subject:** Re: Follow up

thanks. Where did you hear that one may interpret 'within 10 days of acquiring 5%...' a date which is in the near rear-view?

On Fri, Apr 1, 2022 at 8:41 PM ████████████ @morganstanleypwm.com> wrote:

Re the 13 filing you may want to reconfirm again (again) with outside counsel (not that you haven't already a few times) as to timing. Today was the first time I'd heard that one may interpret 'within 10 days of acquiring 5%...' a date which is in the near rear-view.

(Of course, well understood that the goal all along has been to be completely appropriate!)

Talk soon ... and prep for how we take advantage of the days that the 10-number is crossed (if still the plan) and before a subsequent filing.

Thank you!!



███████, Managing Director
Private Wealth Advisor,
**Morgan Stanley Private Wealth Management**
444 S. Flower Street, 34ᵗʰ Floor Los Angeles, CA 90071

@morganstanleypwm.com
| LinkedIn | Twitter
Named to Barron's "Top 100 Financial Advisors" list, April 2021
Named to Forbes "Best-in-State Wealth Advisors" list, February 2021
Morgan Stanley Awards Disclosures

DISCLAIMERS: Morgan Stanley Smith Barney LLC, its affiliates, Financial Advisors or Private Wealth Advisors do not provide tax or legal advice. Clients should consult their tax advisor for matters involving taxation and tax planning and their attorney for matters involving trust and estate planning and other legal matters.

Any attorney, accountant or other professional recommendations are suggestions provided to the client at their specific request and they should conduct their own interviews and make their own decisions regarding whom to engage.

**From:** "Jared Birchall"
**Date:** Friday, April 1, 2022 at 6:28:02 PM
**To:** ███████ (PWM)" ███████  @morganstanleypwm.com>
**Cc:** ███████ (PWM)" ███████ (@morganstanleypwm.com>
**Subject:** Re: Today:

Got it, thank you.

On Fri, Apr 1, 2022 at 3:33 PM ███████████████████  @morganstanleypwm.com> wrote:

Hi Jared

Please find the summary below as of market close. ████████████

FOIA Confidential Treatment Requested by Jared Birchall
CONFIDENTIAL

**From:** ▮▮▮▮▮ (PWM)▮▮▮▮▮ @morganstanleypwm.com>
**Sent:** Friday, April 01, 2022 1:08 PM
**To:** Jared Birchall ▮▮▮▮▮
**Cc:** ▮▮▮▮▮ (PWM)▮▮▮▮▮ @morganstanleypwm.com>
**Subject:** RE: Today:



The information and data contained herein is from sources considered reliable, but their accuracy and completeness is not guaranteed. This report has been prepared for illustrative purposes only and is not intended to be used as a substitute for account statements provided on a regular basis from Morgan Stanley Smith Barney LLC, and data in this report should be compared carefully with account statements to verify its accuracy. This Firm strongly encourages clients to consult with their own accountants or other advisors with respect to any tax questions. This report is being provided as a courtesy. By providing this report, we do not represent or agree that we will monitor the investments in your account(s) or define future reports.

If Morgan Stanley Smith Barney LLC, its affiliates and Morgan Stanley Financial Advisors and Private Wealth Advisors (collectively, "Morgan Stanley") provide "investment advice" as defined under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), and/or the Internal Revenue Code of 1986 (the "Code"), as applicable, regarding a retirement or welfare benefit plan account, an individual retirement account or a Coverdell education savings account (collectively, "Retirement Account"), Morgan Stanley is a "fiduciary" under ERISA and/or the Code. When Morgan Stanley provides investment education, takes orders on an unsolicited basis or otherwise does not provide "investment advice," Morgan Stanley will not be considered a "fiduciary" under ERISA and/or the Code. For more information regarding Morgan Stanley's role with respect to a Retirement Account, please visit www.morganstanley.com/disclosures/dol. Taxlaws are complex and subject to change. Morgan Stanley does not provide tax or legal advice. Individuals are encouraged to consult their tax and legal advisors (a) before establishing a Retirement Account, and (b) regarding any potential tax. ERISA and related consequences of any investments or other transaction made with respect to a Retirement Account.



, Managing Director

Private Wealth Advisor,

**Morgan Stanley Private Wealth Management**
444 S. Flower Street, 34th Floor Los Angeles, CA 90071

@morganstanleypwm.com

| LinkedIn | Twitter

Named to Barron's "Top 100 Financial Advisors" list, April 2021

Named to Forbes "Best-in-State Wealth Advisors" list, February 2021

Morgan Stanley Awards Disclosures

**From:** (PWM)
**Sent:** Friday, April 01, 2022 8:33 AM
**To:** Jared Birchall
**Cc:** (PWM)                    @morganstanleypwm.com)

**Subject:** Update for first hours



, Managing Director

Private Wealth Advisor,

**Morgan Stanley Private Wealth Management**
444 S. Flower Street, 34th Floor Los Angeles, CA 90071

@morganstanleypwm.com
| LinkedIn | Twitter

Named to Barron's "Top 100 Financial Advisors" list, April 2021

Named to Forbes "Best-in-State Wealth Advisors" list, February 2021

Morgan Stanley Awards Disclosures

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures

If you would like to unsubscribe from marketing e-mails from Morgan Stanley Wealth Management, you may do so **here** . Please note, you will still receive service e-mails from Morgan Stanley Wealth Management.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures

If you would like to unsubscribe from marketing e-mails from Morgan Stanley Wealth Management, you may do so **here** . Please note, you will still receive service e-mails from Morgan Stanley Wealth Management.

You may have certain rights regarding the information that Morgan Stanley collects about you. Please see our Privacy Pledge https://www.morganstanley.com/privacy-pledge for more information about your rights.

To view Morgan Stanley's Client Relationship Summary and other important disclosures about our accounts and services, please visit www.morganstanley.com/disclosures/account-disclosures

FOIA Confidential Treatment Requested by Jared Birchall
CONFIDENTIAL

JBIRCHALL_NDCAL00000260
ERM-Oklahoma0026838