UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

ELON MUSK

                Defendant.

Case No. 25-cv-00105-SLS

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY AND ORDERING DISCOVERY UNDER FED. R. CIV. P. 56(d)**

This CAUSE came before the Court upon Plaintiff's Motion for Summary Judgment as to Liability and Defendant's Opposition to Plaintiff's Motion for Summary Judgment as to Liability and in Support of Request for Discovery under Fed. R. Civ. P. 56(d). The Court being fully advised, it is:

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment as to Liability is **DENIED** and Defendant's Request for Discovery under Fed. R. Civ. P. 56(d) is **GRANTED**.

**DONE AND ORDERED** in chambers in the District of Columbia on this \_\_\_\_ day of _____, 2026.

                                              _____
                                              HON. SPARKLE L. SOOKNANAN
                                              U.S. DISTRICT JUDGE

**APPENDIX OF PERSONS TO BE SERVED PURSUANT TO LOCAL CIVIL RULE 7(k)**

Melissa J. Armstrong
Zachary Avallone
Securities and Exchange Commission
100 F Street NE, Room 1520
Washington, DC 20549
(202) 551-4724
armstrongme@sec.gov
avallonez@sec.gov

Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Ave. NW, Suite 600
Washington, DC 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com