# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *Plaintiff*, v. ELON MUSK, *Defendant*. | Civil Action No. 25-105 (SLS) Judge Sparkle L. Sooknanan |

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 32, the Court **DENIES** the Defendant's Motion to Strike and Dismiss, ECF No. 16.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   February 3, 2026