# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 25-cv-00105-SLS |
| v. | |
| ELON MUSK | |
| Defendant. | |

## DEFENDANT'S UNOPPOSED APPLICATION FOR CONTINUANCE OF STATUS CONFERENCE

Defendant Elon Musk respectfully moves the Court for a continuance of the Parties' upcoming status conference on February 18, 2026. On February 10, 2026, the Court directed the Parties to appear for a status conference on February 18, 2026, in person. Defendant's undersigned counsel underwent surgery yesterday to repair multiple fractures of the distal radius and is recovering. Defendant has notified Plaintiff of this application, which Plaintiff does not oppose. Counsel for both Defendant and Plaintiff are available on either February 24 or 26, 2026 for a status conference. Defendant therefore respectfully requests that this Court grant a short continuance of the Parties' status conference to February 24 or 26, 2026, or to the week of March 2, 2026.

Dated: February 11, 2026

Respectfully submitted,

Sarah Heaton Concannon (D.C. Bar No. 1780045)
Rachel Frank Quinton (D.C. Bar No. 1659649)
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street NW, Suite 600
Washington, D.C. 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com

Alex Spiro (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com