**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, <br><br> Defendant. | Case No. 25-cv-000105-SLS |

**JOINT MOTION TO EXTEND DEADLINE
TO FILE A JOINT STATUS REPORT**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Elon Musk ("Mr. Musk") (collectively, the "Parties") jointly request that the Court extend the deadline to submit a joint status report by two weeks, to April 1, 2026.

On March 4, 2026, the Court entered a minute order instructing the Parties to meet and confer and file a joint status report by March 18, 2026, proposing a schedule for further proceedings.

The Parties have met and conferred. The parties are engaged in discussions of a potential resolution that would mean further proceedings might not be necessary. To facilitate these ongoing discussions, the Parties ask the Court to extend the deadline to submit a joint status report by two weeks.

The Parties request that the Court enter the attached proposed order.

Case 1:25-cv-00105-SLS    Document 40    Filed 03/17/26    Page 2 of 2

Dated:  March 17, 2026                Respectfully submitted,


                                      By: */s/ Zachary A. Avallone*

                                      Melissa J. Armstrong (Texas Bar No. 24050234)
                                              Tel. No. 202.551.4724
                                              Email: armstrongm@sec.gov
                                      Zachary A. Avallone (DC Bar No. 1023361)
                                              Tel. No. 202.551.4479
                                              Email: avallonez@sec.gov

                                      Securities and Exchange Commission
                                      100 F Street, N.E.
                                      Washington, D.C. 20549

                                      *Counsel for Plaintiff*
                                              *Securities and Exchange Commission*

                                      /s/ *Sarah Heaton Concannon*

                                      Sarah Heaton Concannon
                                              (D.C. Bar No. 1780045)
                                      Rachel Frank Quinton (D.C. Bar No. 1659649)
                                      555 13th Street NW, Suite 600
                                      Washington, DC 20004
                                      (202) 538-8000
                                      sarahconcannon@quinnemanuel.com
                                      rachelfrank@quinnemanuel.com

                                      Alex Spiro (pro hac vice)
                                      295 5th Ave, 9th Floor
                                      New York, NY 10016
                                      (212) 849-7000
                                      alexspiro@quinnemanuel.com

                                      *Attorneys for Elon Musk*