# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>　　　　　　　　　Defendant. | Case No. 25-cv-000105-SLS |

## JOINT MOTION FOR A STIPULATED PROTECTIVE ORDER

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Elon Musk ("Mr. Musk") jointly request that the Court enter a protective order pursuant to Federal Rule of Civil Procedure 26 and Federal Rule of Evidence 502 to govern the disclosure of certain confidential business and personal information during the course of this litigation and to govern the inadvertent disclosure of privileged information. A copy of the stipulated order accompanies this motion for the Court's review and consideration.

The parties agree that some of the documents and other information to be produced in connection with this litigation are confidential. Disclosure of these documents and information to the general public would be prejudicial to the parties and/or the business and individuals whose information is contained in these documents, and litigation over claims of confidentiality would unduly consume the resources and time of the Court and the parties. Therefore, the parties have agreed

to a protective order that limits how confidential information will be protected and disclosed during the course of this litigation.

The parties request that the Court enter the stipulated order.

Dated:  April 1, 2026

Respectfully submitted,

By: */s/ Zachary A. Avallone*

Melissa J. Armstrong (Texas Bar No. 24050234)
    Tel. No. 202.551.4724
    Email: armstrongm@sec.gov
Zachary A. Avallone (DC Bar No. 1023361)
    Tel. No. 202.551.4479
    Email: avallonez@sec.gov

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

*Counsel for Plaintiff*
    *Securities and Exchange Commission*

/s/ *Sarah Heaton Concannon*
Sarah Heaton Concannon
    (D.C. Bar No. 1780045)
Rachel Frank Quinton (D.C. Bar No. 1659649)
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com

Alex Spiro (pro hac vice)
295 5th Ave, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

*Attorneys for Elon Musk*