**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,          Case No. 25-cv-00105-SLS

        v.

ELON MUSK

                    Defendant.

**[PROPOSED] ORDER**

Having fully considered Defendant Elon Musk's Motion for Joinder ("Motion") and the

briefing thereto, it is hereby **ORDERED AND ADJUDGED** that:

1.  Defendant's Motion is **GRANTED**; and

2.  The Elon Musk Revocable Trust dated July 22, 2003 (the "Revocable Trust") is a

    required party in the above-captioned action pursuant to Federal Rule of Civil

    Procedure 19(a) and is therefore joined as a party.

**DONE AND ORDERED** in chambers in the District of Columbia on this _____ day of

_____, 2026.

_____
HON. SPARKLE L. SOOKNANAN
U.S. DISTRICT JUDGE

## APPENDIX OF PERSONS TO BE SERVED PURSUANT TO LOCAL CIVIL RULE 7(k)

Melissa J. Armstrong
Zachary Avallone
Securities and Exchange Commission
100 F Street NE, Room 1520
Washington, DC 20549
(202) 551-4724
armstrongme@sec.gov
avallonez@sec.gov

Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel Frank Quinton
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Ave. NW, Suite 600
Washington, DC 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com