**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| *Plaintiff,* | Case No. 25-cv-000105-SLS |
| v. | |
| ELON MUSK, | |
| *Defendant.* | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO STRIKE INSUFFICIENT DEFENSES**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and as set forth in the accompanying Memorandum of Points and Authorities, Plaintiff Securities and Exchange Commission ("SEC") moves to strike insufficient defenses raised by Defendant Elon Musk in his Answer (ECF No. 36). Specifically, the SEC moves to strike Musk's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Twelfth, and Thirteenth Defenses. The inclusion of these insufficient defenses will prejudice the SEC.

Pursuant to LCvR 7(m), counsel for Plaintiff conferred with counsel for Defendant prior to filing this motion in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement. Counsel for Defendant indicated that this motion is opposed.

The SEC has also included a proposed order to comply with LCvR 7(c).

1

Dated: April 21, 2026           Respectfully submitted,

By: /s/ Zachary A. Avallone

Melissa J. Armstrong (Texas Bar No. 24050234)
     Tel. No. 202.551.4724
     Email: armstrongm@sec.gov
Zachary A. Avallone (DC Bar No. 1023361)
     Tel. No. 202.551.4479
     Email: avallonez@sec.gov

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

*Counsel for Plaintiff*
*Securities and Exchange Commission*

2