**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| *Plaintiff,* | Case No. 25-cv-000105-SLS |
| v. | |
| ELON MUSK, | |
| *Defendant.* | |

**[PROPOSED] ORDER GRANTING
PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO STRIKE INSUFFICIENT DEFENSES**

Plaintiff Securities and Exchange Commission ("SEC") moved pursuant to Rule 12(f) of the Federal Rules of Civil Procedure to strike as insufficient certain defenses included in Defendant Elon Musk's Answer. The Court finds the following defenses are insufficient and that inclusion of those defenses would unfairly prejudice the SEC. The Court GRANTS the SEC's motion and ORDERS that the following defenses shall be struck from Defendant's Answer:

*First Defense (Failure to State a Claim).*

*Second Defense (Failure to Establish Entitlement to Relief).*

*Third Defense (Violative of the First Amendment).* The Court correspondingly strikes the second sentence of the First Defense.

*Fourth Defense (Violative of the Fifth Amendment Due Process—Vagueness).* The Court correspondingly strikes the third sentence of the First Defense. The

Court also strikes the final sentence of Defendant's Answer to ¶ 7, the second sentence of Defendant's Answer to ¶ 11, the last two sentences of Defendant's Answer to ¶ 12, all of Defendant's Answer to ¶ 25 after the phrase "those are denied," and all of Defendant's Answer to ¶ 40 after the phrase "those are denied."

*Fifth Defense (Violative of Fifth Amendment—Selective Enforcement).* The Court correspondingly strikes the fourth sentence of the First Defense.

*Sixth Defense (Violative of Eighth Amendment).* The Court correspondingly strikes the fifth sentence of the First Defense.

*Seventh Defense (Violative of Article II).* The Court correspondingly strikes the sixth sentence of the First Defense.

*Twelfth Defense (Nunc Pro Tunc).*

*Thirteenth Defense (Unclean Hands).*

SO ORDERED.


Dated: _____        _____
                               SPARKLE L. SOOKNANAN
                               UNITED STATES DISTRICT JUDGE

**APPENDIX OF PERSONS TO BE SERVED PURSUANT TO LCvR 7(k)**

Melissa J. Armstrong
Zachary A. Avallone
United States Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202.551.4479 (Avallone)
avallonez@sec.gov
202.551.4724 (Armstrong)
armstrongm@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*


Alex Spiro
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel G. Frank
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelfrank@quinnemanuel.com

*Counsel for Defendant Elon Musk*