**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, and ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003, <br><br><br> Defendant. | Case No. 25-cv-000105-SLS |

### CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003

Plaintiff Securities and Exchange Commission and Defendant Elon Musk Revocable Trust Dated July 22, 2003 ("Revocable Trust") have reached a settlement in this case.[*] The SEC and Defendant Revocable Trust respectfully submit this consent motion to enter the agreed-to proposed Final Judgment as to the Elon Musk Revocable Trust Dated July 22, 2003. Attached as Exhibit 1 is the executed Consent of Defendant Revocable Trust and Exhibit 2 is the agreed-to proposed Final Judgment as to the Revocable Trust.

If the Court enters the proposed Final Judgment as to the Revocable Trust as proposed by the Revocable Trust and the SEC, the SEC will file a stipulated

---

[*] With the written consent of all parties, the SEC earlier today amended its complaint pursuant to Rule 15(a)(2) to add the Revocable Trust as a party.

dismissal of Elon Musk in his personal capacity, which will resolve this case in its

entirety.

Dated: May 4, 2026

Respectfully submitted,

/s/ *[signature]*

Melissa J. Armstrong
         (Texas Bar No. 24050234)
Zachary A. Avallone (D.C. Bar No. 1023361)
Securities and Exchange Commission
100 F Street NE, Room 1520
Washington, DC 20549
(202) 551-4724 (Armstrong)
(202) 551-4479 (Avallone)
armstrongme@sec.gov
avallonez@sec.gov

*Counsel for Plaintiff*
*Securities and Exchange Commission*

Respectfully submitted,

/s/ *[signature]*

Alex Spiro (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon (D.C. Bar No. 1780045)
Rachel Frank Quinton (D.C. Bar No. 1659649)
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com

*Counsel for Defendant Elon Musk Revocable*
*Trust Dated July 22, 2003*