AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Distict of Columbia

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cv-000105-SLS |
| ELON R. MUSK and ELON MUSK RECOVABLE TRUST DATED JULY 23, 2003 | ) ) ) | |
| *Defendants* | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELON R. MUSK and ELON MUSK RECOVABLE TRUST DATED JULY 23, 2003                    .

Date:   5/12/2026

_____
*Attorney's signature*

Christopher Michel - Bar ID: 1034557
_____
*Printed name and bar number*

555 13th Street NW
Suite 600
Washington D.C. 20004
_____
*Address*

christophermichel@quinnemanuel.com
_____
*E-mail address*

202-538-8308
_____
*Telephone number*


_____
*FAX number*