AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-cv-000105-SLS |
| ELON R. MUSK and ELON MUSK REVOCABLE TRUST DATED JULY 23, 2003 | ) ) | |
| *Defendants* | | |

**APPEARANCE OF COUNSEL**

To:

The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELON MUSK REVOCABLE TRUST DATED JULY 23, 2003                          .

Date:  5/14/2026

*Attorney's signature*

Sarah Heaton Concannon - Bar ID:1780045

*Printed name and bar number*

555 13th Street NW
Suite 600
Washington D.C. 20004

*Address*

sarahconcannon@quinnemanuel.com

*E-mail address*

202-538-8122

*Telephone number*

*FAX number*