**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 25-cv-000105-SLS |
| ELON MUSK and ELON R. MUSK REVOCABLE TRUST DATED JULY 22, 2003, | |
| Defendants. | |

**<u>JOINT MOTION TO STAY</u>**

Pursuant to the Court's May 13, 2026 Minute Order and as determined at the hearing the same date, the parties are each submitting a brief by June 1, 2026 addressing the Court's questions regarding the Joint Motion to Approve Consent Judgment (ECF No. 48).  The parties jointly request that the Court stay all other pending deadlines—including those in the April 4, 2026 scheduling order (ECF No. 43) and the deadline to respond to the Amended Complaint (ECF No. 47)—pending resolution of that motion.

Dated:  May 18, 2026

/s/ Zachary A. Avallone

Melissa J. Armstrong (Texas Bar No.
    24050234)
      Tel. No. 202.551.4724
      Email: armstrongm@sec.gov
Zachary A. Avallone (DC Bar No. 1023361)
      Tel. No. 202.551.4479
      Email: avallonez@sec.gov

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549

*Counsel for Securities and Exchange
Commission*

Sarah Heaton Concannon (D.C. Bar No.
1780045)
Christopher Michel (D.C. Bar No. 1034557)
Rachel Frank Quinton (D.C. Bar No. 1659649)
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com

*Attorney for Elon Musk and the Elon R. Musk
Revocable Trust*

Alex Spiro (*pro hac vice*)
295 5th Ave, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

*Attorney for Elon Musk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | Case No. 25-cv-000105-SLS |
| ELON MUSK and ELON R. MUSK REVOCABLE TRUST DATED JULY 22, 2003, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY**

Upon consideration of the Parties' Joint Motion to Stay ("Motion"), it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** and all deadlines in this case are stayed for 30 days, with the exception of the June 1 deadline regarding the consent motion.

**DONE AND ORDERED** in chambers in the District of Columbia on this _____ day of _____, 2026.


_____
HON. SPARKLE L. SOOKNANAN
U.S. DISTRICT JUDGE