**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SECURITIES AND EXCHANGE
COMMISSION,

                  Plaintiff,

v.                                                                Case No. 25-cv-000105-SLS

ELON MUSK and ELON R. MUSK
REVOCABLE TRUST DATED JULY 22,
2003,

                  Defendants.

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b), please take notice that Christopher G. Michel (D.C. Bar No. 1034557) hereby withdraws his appearance as counsel for Defendants Elon Musk and the Elon Musk Revocable Trust Dated July 22, 2003 ("Defendants") in the above-captioned matter. Mr. Michel is leaving Quinn Emanuel Urquhart & Sullivan, LLP and will no longer be representing Defendants in this action. Defendants continue to be represented in this action by undersigned counsel of record at Quinn Emanuel Urquhart & Sullivan, LLP. Accordingly, please withdraw the appearance of Mr. Michel on behalf of Defendants and remove him from the case docket.

1

Dated:  June 24, 2026

Sarah Heaton Concannon (D.C. Bar No. 1780045)
Rachel Frank Quinton (D.C. Bar No. 1659649)
555 13th Street NW, Suite 600
Washington, DC 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com

*Attorneys for Elon Musk and the Elon R. Musk
Revocable Trust*

Alex Spiro (*pro hac vice*)
295 5th Ave, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

*Attorney for Elon Musk*