**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                          *Plaintiff*,<br><br>v.<br><br>ELON MUSK, and ELON MUSK REVOCABLE TRUST DATED JULY 22, 2003,<br><br>                                          *Defendants*. | Case No. 25-cv-000105-SLS |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT ELON MUSK**

Plaintiff Securities and Exchange Commission (the "Commission"), Defendant Elon Musk Revocable Trust Dated July 22, 2003, and Defendant Elon Musk, by and through their undersigned counsel, respectfully submit this joint stipulation.

**WHEREAS**, the Commission filed its complaint in this civil enforcement action (the "Litigation") on January 14, 2025.

**WHEREAS**, the Commission filed its amended complaint in the Litigation on May 1, 2026, adding the Elon Musk Revocable Trust dated July 22, 2003 ("Revocable Trust") as a defendant.

**WHEREAS**, pursuant to the Consent of the Revocable Trust, the Court has entered Final Judgment as to the Revocable Trust.

**WHEREAS**, this stipulation does not affect the claims asserted against, or the rights or obligations of, the Revocable Trust.

**WHEREAS**, in the exercise of its discretion, and in light of the entry of the

1

Final Judgment as to the Revocable Trust, the Commission believes dismissal of its claims against Elon Musk in his personal capacity is appropriate.

**WHEREAS**, the Commission's decision to seek dismissal of this Litigation does not necessarily reflect the Commission's position on any other case.

**WHEREAS**, by this stipulation, the Commission and Defendant Elon Musk agree to have this Litigation dismissed.

**NOW, THEREFORE,**

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Commission and Defendant Elon Musk stipulate that all claims asserted against Defendant Elon Musk in this action are dismissed with prejudice, without costs or fees to either party.

2.    Defendant Elon Musk, for himself and any of his agents, attorneys, employees, or representatives, hereby waives and releases:

    a) Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation;

    b) And any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

Each of the undersigned represents that they have the authority to execute

this stipulation on behalf of the party so indicated.

STIPULATED AND AGREED

Dated: July 9, 2026


**For Plaintiff Securities and Exchange Commission:**
By:

*/s/ Zachary A. Avallone*
Zachary Avallone
Melissa Armstrong
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4724
avallonez@sec.gov
armstrongm@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

**For Defendants Elon Musk and Elon Musk Revocable Trust Dated July 22, 2003:**

By:

_____
Alex Spiro
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Ave, 9th Floor
New York, NY 10016
(212) 849-7000
alexspiro@quinnemanuel.com

Sarah Heaton Concannon
Rachel Frank Quinton
Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street, N.W., Suite 600
Washington, D.C. 20004
(202) 538-8000
sarahconcannon@quinnemanuel.com
rachelquinton@quinnemanuel.com

*Counsel for Defendants Elon Musk and Elon Musk Revocable Trust Dated July 22, 2003*